IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUNCAN J. McNEIL, III,

    Plaintiff,   No. CIV S-05-1232 MCE PAN P

    vs.

UNITED STATES AND ITS OFFICERS, et al.,

    Defendants.   <u>ORDER</u>

-------/

    Plaintiff, an individual incarcerated in Spokane, Washington, has filed a civil action in this court together with a request to proceed in forma pauperis and a motion for appointment of counsel.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.[1]

    The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

---

[1] Plaintiff has also filed several other motions, none of which will be ruled on by this court.

1

of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Although plaintiff identifies the United States District Court for the Eastern District of California, the United States Bankruptcy Court for the Eastern District of California, and several federal officers and agencies in the Eastern District of California as defendants in his complaint, the allegations of the complaint do not demonstrate a nexus between those entities and the allegations of any of the pleadings filed in this action. To the extent that plaintiff's allegations shed any light on proper venue, it appears that the most appropriate venue for this action is in the United States District Court for the Eastern District of Washington. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that:

1. This court has not ruled on any motions filed by plaintiff in this action; and

2. This matter is transferred to the United States District Court for the Eastern District of Washington.

DATED: February 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
mcne1232.21